UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



CASE NO: 5:10-M-1930

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| V. | )<br>) CRIMINAL INFORMATION |
| JOHNSON, JAMES E. | )<br>) |

Defendant:

The United States Attorney charges:

### COUNT ONE

THAT, on or about September 13, 2010, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, JOHNSON, JAMES E., did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol that he had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more; in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

### COUNT TWO

THAT, on or about September 13, 2010, on the Fort Bragg Military Reservation, area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, JOHNSON, JAMES E., did operate a motor vehicle

without a lighted license plate, in violation of Title 18, United States Code, assimilating North Carolina General Statute 20-129(d).

## COUNT THREE

THAT, on or about September 13, 2010, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, JOHNSON, JAMES E., did operate a motor vehicle upon a street, highway, or public vehicular area while transporting an open container of alcoholic beverage after he consumed alcohol, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.7.

GEORGE E.B. HOLDING
UNITED STATES ATTORNEY

BY: _____
JAMAL A. RHINEHARDT
Special Assistant United States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222